**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-14079-CV-MIDDLEBROOKS

LAWRENCE FELTZIN,

     Plaintiff,

v.

NISE GENERAL REALTY CORP. d/b/a
RIVERSIDE SHOPPES,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING DEADLINE TO FILE CLOSING DOCUMENTS

This cause is before the Court upon Plaintiff's Motion to Enforce Settlement (DE 50). The Motion was referred to Magistrate Judge Shaniek M. Maynard. (DE 61). On June 25, 2026, Judge Maynard entered a Report and Recommendation ("Report") (DE 61), recommending that Defendant be ordered to issue the settlement check payable to Garcia-Menocal, P.L., and mail it to the firm's address at 350 Sevilla Avenue, Suite 200, Coral Gables, FL 33134.

I have reviewed the Report and the record. For the reasons explained in Judge Maynard's well-reasoned Report, I order Defendant to issue the settlement check payable to Garcia-Menocal, P.L., and mail it to the firm's address noted above.

### CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that

1)     The Report (DE 61) is **ADOPTED**.

2)      Plaintiff's Motion to Enforce Settlement (DE 50) is **GRANTED**, consistent with this Order.

3)      The Parties shall file their closing documents **no later than July 7, 2026.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 30th day of June, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record

2